Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, RUSS BURNS, in their respective capacities as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.<br><br>Plaintiffs,<br>v.<br><br>ERIC NORMAN WILSON, individually and dba WILSON SWEEPING COMPANY,<br><br>Defendant. | Case No: C07-1211 MHP<br><br>**NOTICE OF DISCHARGE IN BANKRUPTCY AND DISMISSAL OF ACTION** |

PLEASE TAKE NOTICE that pursuant to F.R.C.P., Rule 41(a)(1), plaintiffs GIL CROSTHWAITE and RUSS BURNS, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA et al., voluntarily dismiss their claim against defendant Eric Norman Wilson, individually and dba Wilson Sweeping Company, based on the discharge in bankruptcy of the

///

///

///

///

| | |
|---|---|
| 1 | defendant. A copy of the Notice of Discharge of Debtor is attached hereto. |
| 2 | Dated: February 22, 2008           SALTZMAN & JOHNSON |
| 3 | LAW CORPORATION |

Dated: February 22, 2008

SALTZMAN & JOHNSON
LAW CORPORATION

By: _/s/ Muriel B. Kaplan_
Muriel B. Kaplan
Attorneys for Plaintiffs

**IT IS SO ORDERED:**

Date: 2/26/2008

_____
UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED*
Judge Marilyn H. Patel

# PROOF OF SERVICE
## CASE NO.: C07-1211 MHP

I, the undersigned, declare:

I am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105. On February 22, 2008, I served the foregoing document(s) on the parties to this action, addressed as follows, in the manner described below:

**NOTICE OF DISCHARGE IN BANKRUPTCY AND DISMISSAL OF ACTION**

☑ **MAIL,** being familiar with the practice of this office for the collection and the processing of correspondence for mailing with the United States Postal Service, and deposited in the United States Mail copies of the same to the business addresses set forth below, in a sealed envelope fully prepared.

☐ **FACSIMILE** be causing said document(s) to be transmitted by Facsimile machine to the number indicated after the address(es) set forth below.

☐ **PERSONAL DELIVERY** by placing said document(s) in a sealed envelope and causing it to be personally delivered to the address(es) set forth below.

☐ **ELECTRONICALLY** be causing said document(s) to be transmitted by Email to the address(es) set forth below.

*Addressed to:*

**Len Reid Reynoso, Esq.**
**908 C Street, #B**
**Galt, CA 95632**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 22nd day of February, 2008, at San Francisco, California.

_____
Andrea Gonzalez